UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00300-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. DENNIS KOSELKE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Supervised Release Hearing is set for **Monday, August 16, 2010, at 10:00 a.m.**

    DATED: July 8, 2010.